**FILED**

**JAN 0 2 2014**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL, | ) Case No.: 3:12-cv-06557-JSC |
| | ) |
| Plaintiff, | ) [Assigned to Hon. Jacqueline S. Corley, |
| | ) Ctrm. F] |
| vs. | ) |
| | ) **CONSENT DECREE FOR** |
| A'ROMA ROASTERS, INC.; | ) **SETTLEMENT OF ALL** |
| RAILROAD SQUARE HOLDING | ) **PLAINTIFF'S ADA CLAIMS AS** |
| COMPANY, LLC; and DOES 1 through | ) **AGAINST DEFENDANTS A'ROMA** |
| 10, Inclusive, | ) **ROASTERS, INC. AND RAILROAD** |
| | ) **SQUARE HOLDING COMPANY,** |
| Defendants. | ) **LLC** |
| | ) |
| | ) Filed concurrently with [Proposed] |
| | Order re: Consent Decree |

---

[PROPOSED] ORDER ON CONSENT DECREE
Case No.: 3:12-cv-06557-JSC

1

1
2
3

## ORDER

4

Pursuant to Stipulation, and for good cause shown, the CONSENT DECREE FOR SETTLEMENT OF ALL OF PLAINTIFF'S ADA CLAIMS AS AGAINST DEFENDANTS PURSU WITH DEFENDANTS A'ROMA ROASTERS, INC. AND RAILROAD SQUARE HOLDING COMPANY, LLC  signed by the Plaintiff, HOLLYN D'LIL, and Defendants A'ROMA ROASTERS, INC. AND  RAILROAD SQUARE HOLDING COMPANY, LLC  and filed with this court, is so ordered.

Dated: 1/2/14

_____
~~HON. JACQUELINE S. CORLEY~~
United States District Court Judge
JUDGE JON S. TIGAR

[PROPOSED] ORDER ON CONSENT DECREE
Case No.: 3:12-cv-06557-JSC

2